United States District Court
Southern District of Texas
**ENTERED**
March 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-18-721 |
| § | |
| (1) JUSTIN PAUL KEE § | |
| (2) MICHAEL HSU § | |
| (3) CHRISTHIAN DAMIAN ROJAS § | |
| (6) ABELARDO SALAS-FUENTES § | |
| (7) OMAR ARGUELLES § | |
| (8) JESUS ALMENDAREZ § | |
| (9) RIGOBERTO BAUTISTA § | |
| (11) MARIO PIZANO RIVERA § | |
| (12) GUILLERMO RENE RIVERA § | |
| (13) JUAN GABRIEL BETANCOURT § | |
| (15) NESTOR VALENCIA-CASAS § | |
| (16) PEDRO CASTILLO § | |
| (17) JOSE GOMEZ-ASUNCION § | |
| (18) LUIS MIGUEL MARTINEZ-CABRERA § | |
| (19) FRANKLIN DE JESUS DOMINGUEZ § | |
| (20) IVIS OLVERA § | |

**Order Resetting Sentencing**

The unopposed motion for continuance (Dkt. 339) is GRANTED. It is therefore ORDERED that the sentencings of the defendants are reset as follows:

1. The presentence investigation report will be available to the defendants by July 16, 2020.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 30, 2020.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by August 13, 2020.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencings will be held on August 20, 2020 at 9:30 a.m.

Signed at Houston, Texas on March 10, 2020.

_____
Gray H. Miller
Senior United States District Judge