United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-18-721 |
| | § | |
| Justin Paul Kee, et al. | § | |

**<u>ORDER</u>**

Special Order H-2021-11 states:

> 1. All jury trials (criminal and civil) scheduled to begin from this date until May 10, 2021, are continued to a date to be reset by each presiding judge.

Counsel are requested to advise the court within ten (10) days from entry of this Order whether the case is likely to be resolved by a plea or whether a trial will be necessary. If a plea is likely, counsel should advise the court of proposed dates on which the court may schedule a rearraignment. If a trial is likely, counsel should advise the court of an agreed upon trial date and, if necessary, submit a proposed revised scheduling order.

**SIGNED** at Houston, Texas, on the 26th day of April, 2021.

_____
GRAY H. MILLER
SENIOR UNITED STATES DISTRICT JUDGE