# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20210426-111

Justin Paul Kee
1727 W Sam Houston Pkwy
Houston, TX US 77042

United States Courts
Southern District of Texas
FILED

APR 29 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, April 26, 2021
Case Number: 4:18-cr-00721
Document Number: 395 (1 page)
Notice Number: 20210426-111
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED
APR 29 2021
Nathan Ochsner, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 APR 26 2021
$ 000.51°

NIXIE         773 NE 1        2119004/26/21
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 77208101010          *0933-00836-26-46